| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) MOSS, RANDOLPH D. | 2. Court or Organization U.S DISTRICT COURT, DISTRICT OF COLUMBIA | 3. Date of Report 07/11/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) UNITED STATES DISTRICT JUDGE, ACTIVE | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

E. BARRETT PRETTYMAN UNITED STATES COURTHOUSE
333 CONSTITUTION AVENUE, NORTHWEST
WASHINGTON, D.C. 20001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | TRUST (HOLDING THREE PARCELS OF REAL PROPERTY) |
| 2. | LIMITED PARTNER | SC FUNDAMENTAL PARTNERSHIP |
| 3. | ADVISOR | AMERICAN LAW INSTITUTE |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSS, RANDOLPH D. | 07/11/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | BRIGHAM YOUNG UNIVERSITY SCHOOL OF LAW | FEBRUARY 2017 | PROVO, UTAH | MOOT COURT COMPETITION | TRAVEL, LODGING AND FOOD |
| 2. | STANFORD LAW SCHOOL | JANUARY 2017 | PALO ALTO, CALIFORNIA | MOOT COURT COMPETITION | TRAVEL, LODGING AND FOOD |
| 3. | AMERICAN LAW INSTITUTE | DECEMBER 2017 | PHILADELPHIA, PENNSYLVANIA | TO ATTEND MEETING OF COPYRIGHT ADVISORS GROUP | LODGING AND FOOD |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | DEBBIE GOLDBERG & SETH WAXMAN | APPROXIMATE VALUE OF VISIT TO RENTAL PROPERTY IN MARTHA'S VINEYARD | $3,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | CHASE | CREDIT CARD OUTSTANDING BALANCE AS OF 12/31/2017 | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSS, RANDOLPH D. | 07/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FIDELITY JOINT BROKERAGE ACCT. #1 | | | | | | | | | |
| 2. FIDELITY INSTITUTIONAL CASH PREFERRED MONEY MARKET CLASS I (FMPXX) | D | Interest | O | T | Buy | 01/10/17 | P1 | | |
| 3. FIDELITY INSTITUTIONAL CASH PREFERRED MONEY MARKET CLASS I (FMPXX) | | | | | Sold (part) | 03/29/17 | M | | |
| 4. FIDELITY INSTITUTIONAL CASH PREFERRED MONEY MARKET CLASS I (FMPXX) | | | | | Sold (part) | 05/23/17 | J | | |
| 5. FIDELITY INSTITUTIONAL CASH PREFERRED MONEY MARKET CLASS I (FMPXX) | | | | | Sold (part) | 09/27/17 | J | | |
| 6. FIDELITY CASH ACCOUNT | | None | J | T | | | | | |
| 7. DEUTSCHE INTERMEDIATE TAX/AMT FREE FUND | E | Dividend | P1 | T | | | | | |
| 8. BLACKROCK MUNICIPAL STRATEGIC OPPORTUNITIES FUND | E | Dividend | P1 | T | Sold (part) | 02/01/17 | N | | |
| 9. VANGUARD LIMITED TERM TAX EXEMPT FUND | A | Dividend | K | T | | | | | |
| 10. VANGUARD INTERMEDIATE TERM TAX EXEMPT FUND | E | Dividend | P1 | T | | | | | |
| 11. EXXON MOBIL CORP COMMON STOCK | B | Dividend | L | T | | | | | |
| 12. BBH CORE SELECT FUND | E | Dividend | N | T | Buy (add'l) | 03/29/17 | L | | |
| 13. FIDELITY CONTRAFUND | E | Dividend | N | T | | | | | |
| 14. FIDELITY LOW PRICED STOCK FUND | E | Dividend | O | T | | | | | |
| 15. FIDELITY TOTAL MARKET INDEX (SPARTAN REMOVED FROM NAME IN 2016) | E | Dividend | P1 | T | Buy (add'l) | 02/17/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSS, RANDOLPH D. | 07/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 16. SPDR S&P 400 ETF | C | Dividend | N | T | | | | | |
| 17. SPDR TR UNIT SER 1 ETF | D | Dividend | O | T | | | | | |
| 18. VANGUARD 500 INDEX FUND | D | Dividend | N | T | | | | | |
| 19. BLACKROCK GLOBAL ALLOCATION FUND | D | Dividend | M | T | Buy (add'l) | 02/17/17 | L | | |
| 20. GLENMEDE LARGE CAP CORE FUND | E | Dividend | O | T | | | | | |
| 21. FIDELITY 500 INDEX FUND | D | Dividend | O | T | Buy (add'l) | 03/29/17 | M | | |
| 22. FIDELITY 500 INDEX FUND | | | | | Buy (add'l) | 06/12/17 | L | | |
| 23. | | | | | | | | | |
| 24. FIDELITY IRA ROLLOVER - #1 | | | | | | | | | |
| 25. FIDELITY CASH RESERVES | A | Interest | J | T | | | | | |
| 26. BLACKROCK GLOBAL ALLOCATION FUND | A | Dividend | J | T | | | | | |
| 27. FIDELITY 500 INDEX FUND (FORMERLY SPARTAN US EQUITY INDEX) | A | Dividend | J | T | | | | | |
| 28. FIDELITY LOW PRICED STOCK FUND | A | Dividend | J | T | Buy | 03/29/17 | J | | |
| 29. | | | | | | | | | |
| 30. FIDELITY IRA ROLLOVER #2 | | | | | | | | | |
| 31. FIDELITY CASH RESERVES | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSS, RANDOLPH D. | 07/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 32. FIDELITY INSTITUTIONAL CASH PREFERRED MONEY MARKET CLASS I (FMPXX) | | | | | Buy | 01/10/17 | K | | |
| 33. FIDELITY INSTITUTIONAL CASH PREFERRED MONEY MARKET CLASS I (FMPXX) | | | | | Sold | 02/17/17 | K | | |
| 34. BBH CORE SELECT FUND | E | Dividend | M | T | | | | | |
| 35. FIDELITY CONTRAFUND | D | Dividend | M | T | | | | | |
| 36. FIDELITY 500 INDEX FUND (FORMERLY SPARTAN US EQUITY INDEX) | D | Dividend | N | T | Buy (add'l) | 06/12/17 | J | | |
| 37. ISHARES S&P MIDCAP 400 | B | Dividend | M | T | | | | | |
| 38. BLACKROCK GLOBAL ALLOCATION FUND | E | Dividend | N | T | Buy (add'l) | 02/07/17 | M | | |
| 39. FIDELITY LOW PRICED STOCK FUND | B | Dividend | J | T | Buy | 03/29/17 | J | | |
| 40. FIDELITY TOTAL MARKET INDEX | D | Dividend | N | T | Buy | 01/31/17 | M | | |
| 41. FIDELITY TOTAL MARKET INDEX | | | | | Buy (add'l) | 02/07/17 | K | | |
| 42. ISHARES TR IBOXX INV CPBD ETF | E | Dividend | O | T | Buy | 02/02/17 | O | | |
| 43. | | | | | | | | | |
| 44. WILMERHALE 401(K) PLAN (TD AMERITRADE/JOHN HANCOCK/NY LIFE CUSTODIANS) | | | | | | | | | |
| 45. CASH - STATE STREET CASH US GOV'T FUND | A | Dividend | | | Distributed | 01/23/17 | P1 | | |
| 46. BLACKROCK EQUITY INDEX NONLENDABLE FUND | A | Dividend | | | Sold | 01/22/17 | J | | |
| 47. IVY INTERNATIONAL CORE EUITY FUND | A | Dividend | | | Sold | 01/22/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSS, RANDOLPH D. | 07/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 48. ACADIAN EMERGING MARKETS FUND | A | Dividend | | | Sold | 01/22/17 | J | | |
| 49. ABERDEEN EMERGING MARKETS FUND | A | Dividend | | | Sold | 01/22/17 | J | | |
| 50. ALLIANZ GI MICRO CAP FUND | A | Dividend | | | Sold | 01/22/17 | J | | |
| 51. LOOMIS SAYLES GLOBAL BOND FUND | A | Dividend | | | Sold | 01/22/17 | J | | |
| 52. AMERICAN CENTURY MID CAP GROWTH FUND | A | Dividend | | | Sold | 01/22/17 | J | | |
| 53. RS GLOBAL NATURAL RESOURCES FUND | A | Dividend | | | Sold | 01/22/17 | J | | |
| 54. ARTISAN MIDCAP FUND | A | Dividend | | | Sold | 01/22/17 | J | | |
| 55. FRANKLIN TEMPLETON EMERGING MARKETS DEBT OPPURTUNITIES FUND | A | Dividend | | | Sold | 01/22/17 | J | | |
| 56. LOOMIS SAYLES GROWTH FUND | A | Dividend | | | Sold | 01/22/17 | J | | |
| 57. DODGE AND COX INCOME FUND | A | Dividend | | | Sold | 01/22/17 | J | | |
| 58. MFS VALUE FUND | A | Dividend | | | Sold | 01/22/17 | J | | |
| 59. OPPENHIEMER GLOBAL VALUE FUND | A | Dividend | | | Sold | 01/22/17 | J | | |
| 60. IBM COMMON STOCK | A | Dividend | K | T | | | | | |
| 61. CHEVRON COMMON STOCK | A | Dividend | J | T | | | | | |
| 62. UTAH EDUCATIONAL SAVINGS PLAN #1 - AGE BASED MODERATE PORTFOLIO | B | Dividend | K | T | Distributed | 12/05/17 | K | | |
| 63. UTAH EDUCATIONAL SAVINGS PLAN #2 - AGE BASED MODERATE PORTFOLIO | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| MOSS, RANDOLPH D. | 07/11/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 64. SCHWAB MONEY MARKET ACCOUNTS | A | Interest | K | T | | | | | |
| 65. COLLEGE SAVINGS PLAN OF MARYLAND #1 - PORTFOLIO FOR COLLEGE | B | Int./Div. | K | T | | | | | |
| 66. COLLEGE SAVINGS PLAN OF MARYLAND #2 - PORTFOLIO FOR COLLEGE | B | Int./Div. | K | T | | | | | |
| 67. CITIBANK CASH ACCOUNTS | A | Interest | N | T | | | | | |
| 68. SC FUNDAMENTAL PARTNERSHIP | A | Int./Div. | J | U | | | | | |
| 69. NEWMONT MINING CORPORATION COMMON STOCK | A | Dividend | J | T | | | | | |
| 70. SOURCE CAPITAL INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 71. TRUSTEE FOR TRUST (REAL PROPERTY #1 ALEXANDRIA, VA) | E | Rent | N | W | | | | | |
| 72. TRUSTEE FOR TRUST (REAL PROPERTY #2, ALEXANDRIA, VA) | E | Rent | N | W | | | | | |
| 73. TRUSTEE FOR TRUST (REAL PROPERTY #3, HERNDON, VA) | D | Rent | M | W | | | | | |
| 74. VIRGINIA HOUSE | C | Rent | O | W | | | | | |
| 75. BMO CASH ACCOUNT (Y) - SEE NOTE IN PART VIII | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Lines 65 and 66:

We have marked "B" in column B1 for income during the reporting period for these entries. These two entries are 529 plans from which no reportable income information was recieved by filer in 2017. Based on the published asset allocation for these plans (listed below) it is likely that there was some amount of interest and dividends paid by the underlying fund holdings. Filer has estimated this amount to be within the Category B income level ($1,001 - $2,500) based on the size of the 529 plans at year end.

Both plans are invested in the "Portfolio for College" allocation which held the following T. Rowe Price investments during the 4th quarter of 2017:

Equity Index 500 Fund: 17.11%

Overseas Stock Fund: .63%

International Stock Fund: .63%

International Growth & Income Fund: .63%

Real Assets Fund: 1.00%

Short Term Bond Fund: 40.00%

Ltd Duration Inflation Focused Bond Fund: 40.00%

Part VII, Line 44: Wilmerhale 401(K) Plan:

All positions in filer's Wilmerhale 401(k) account were liquidated to cash and transferred into filer's Fidelity IRA account on 1/23/2017. We have disclosed this transaction as a distribution on line 45 of Part VII.

Part VII, Lines 62, 63, 65 and 66: In prior year reports, filer had listed all assets held in the various state 529 plans. This information was not required as the filer only selected an age based/risk based strategy in these plans and has no ability to control the underlying investment of the funds. For this reason, we have removed all asset details of these 4 state 529 plans and have instead listed only the name of the plan and strategy selected instead of each underlying asset.

Part VII, Line 75: The BMO Cash account previously disclosed on filer's 2016 (amended) report is no longer required to be disclosed as the owner of the account is no longer a dependent of filer.

| Name of Person Reporting | Date of Report |
|---|---|
| MOSS, RANDOLPH D. | 07/11/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ RANDOLPH D. MOSS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544